**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

THOMAS G. BRENNAN, AIS 263642,   :

       Petitioner,            :

vs.                        :     CA 17-0005-WS-C

WARDEN STRICKLAND,       :

       Respondent.

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 10, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of March, 2017.

        <u>s/WILLIAM H. STEELE</u>
        **UNITED STATES DISTRICT JUDGE**