IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS G. BRENNAN, AIS 263642, | : | |
| Petitioner, | : | |
| vs. | : | CA 17-0005-WS-C |
| WARDEN STRICKLAND, | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Thomas G. Brennan's petition for writ of habeas corpus be dismissed without prejudice due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 6th day of March, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE